# Exhibit B

## LMS Technologies, Inc.
*6423 Cecilia Circle, Bloomington, MN 55439*
*(952) 918-9060  Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| Date : | October 26, 2023 | Requested By: | Bursor & Fisher |
| Test Type : | IEST-RP-CC001.6 | Maufacturer: | Levoit |
| Test Aerosol : | KCL, Neutralized | Filter ID: | Core 300-RAC Filter |
| Flow Rate: | **130 cfm** | Description: | True HEPA Filter |
| **Temp and Humidity:** | **72°F and 42%** | LMS #: | 8753 |

**B/N: 232731862332**

| Flow Rate(cfm) | 130 cfm |
|---|---|
| $\Delta P$ (" $H_2O$) | 0.374 |
| Size Range (µm) | Fractional Efficiency % |
| **0.1-0.2** | **99.589** |
| **0.2-0.3** | **99.699** |
| 0.3-0.5 | 99.866 |
| 0.5-0.7 | 99.901 |
| 0.7-1.0 | 99.924 |
| 1.0-2.0 | 99.940 |
| 2.0-3.0 | 99.976 |
| 3.0-5.0 | 99.985 |



$$F_{eff} = \frac{C_{up} - C_{down}}{C_{UP}} \times 100\%$$

$F_{eff}$ = Fractional Efficiency

$C_{up}$ = Particle Concentration Upstream of Filter

$C_{down}$ = Particle Concentration Downstream of Filter



TEST SUPERVISOR                    ENGINEERING APPROVAL
Emile Tadros                              K.C. KWOK, PH.D.                         F-001
----------------------------        ----------------------------------

*October 26, 2023*     *LMS#8753*

## *EN1822 European HEPA Test*
## *LMS Technologies, Inc.*

*6423 Cecilia Circle*     *Tel.: (952)-918-9060*
*Bloomington, MN 55439*     *Fax: (952) 918-9061*

| | | | |
|---|---|---|---|
| **Test Type :** | EN1822 | **Test Requested By:** | Bursor & Fisher |
| **Test Number:** | T102623A | **Filter Mfgr:** | Levoit |
| **Flow Rate/Velocity:** | 130 cfm | **Filter ID #:** | Core 300-RAC Filter |
| **Test Aerosol:** | KCL, Neutralized | **Filter Description:** | True HEPA Filter |
| **ΔP ("H2O):** | 0.374 | **Temp and Humidity:** | 72°F and 42% |
| **Classification:** | E 11 | **Serial Number:** | B/N: 232731862332 |

| Size Rang(μm) | Initial Fractional Efficiency(%) |
|---|---|
| 0.0165 | 99.625 |
| 0.0190 | 99.070 |
| 0.0221 | 98.827 |
| 0.0255 | 98.793 |
| 0.0294 | 98.776 |
| **0.0340** | **98.701** |
| 0.0392 | 98.909 |
| 0.0453 | 99.012 |
| 0.0523 | 99.144 |
| 0.0604 | 99.336 |
| 0.0698 | 99.457 |
| 0.0806 | 99.564 |
| 0.0931 | 99.682 |
| 0.1075 | 99.728 |
| 0.1241 | 99.770 |
| 0.1433 | 99.804 |
| 0.1655 | 99.794 |
| 0.1911 | 99.827 |
| 0.2207 | 99.844 |
| 0.2548 | 99.858 |
| 0.2943 | 99.841 |
| 0.3398 | 99.839 |
| 0.3924 | 99.822 |
| 0.4532 | 99.875 |
| 0.5233 | 99.846 |
| 0.6043 | 99.786 |



Efficiency at most penetrating particle size: **98.701% @ 0.0340 μm**



| | |
|---|---|
| TEST SUPERVISOR | ENGINEERING APPROVAL |
| EMILE TADROS_____ | K.C. KWOK, PH.D._____ |