**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| JORDAN MENTER, individually and on behalf of all others similarly situated |
| Plaintiff, |
| v. |
| VESYNC CORP., |
| Defendant. |

Civil Action No. 3:24-cv-12786-MGM

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS COMPLAINT**

Plaintiff Jordan Menter respectfully moves the Court for a two-week extension of time to February 10, 2025, in order to file her opposition to Defendant Vesync Corp.'s Motion to Compel Arbitration (ECF Nos. 18, 21) ("Motion to Compel Arbitration") and Motion to Dismiss for Lack of Jurisdiction (ECF Nos. 19, 20) ("Motion to Dismiss"). In support of this request, Plaintiff states as follows:

1. On November 5, 2024, Plaintiff filed her Class Action Complaint. ECF No. 1

2. On November 15, 2024, Plaintiff filed a Waiver of the Service of Summons, placing Defendant's Answer to the Complaint as due on January 13, 2025. ECF No. 5.

3. On November 15, 2024, Plaintiff filed her Amended Complaint. ECF No. 6.

4. On January 13, 2025, Defendant filed its Motion to Compel Arbitration and Motion to Dismiss. ECF Nos. 18-21.

5. Plaintiff's opposition to the Motion to Compel Arbitration and Motion to Dismiss is currently due to be filed on January 27, 2025.

6.   Due to other professional commitments, Plaintiff's counsel requires an additional two weeks in order to fully address the arguments raised in Defendant's Motion to Compel Arbitration and Motion to Dismiss.

7.   Plaintiff's counsel has conferred with counsel for Defendant, and Defendant assents to Plaintiff's request for a two-week extension to file her opposition to the Motion to Compel Arbitration and Motion to Dismiss.

Therefore, Plaintiff respectfully requests that the Court allow Plaintiff a two-week extension to February 10, 2025, in order to file her opposition to Defendant's Motion to Compel Arbitration and Motion to Dismiss.

Dated: January 23, 2025                    /s/ Edward L. Manchur

                                           Edward L. Manchur (BBO #316910)
                                           **LAW OFFICES OF EDWARD L. MANCHUR, P.C.**
                                           P. O. Box 3156
                                           Peabody, MA 09160
                                           Tel.: (978) 333-1013
                                           Email: manchurlaw@gmail.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, on January 22, 2025, pursuant to District of Massachusetts Local Rule 7.1(A)(2), counsel for Plaintiff conferred with counsel for Defendant, who indicated that Defendant assents to the relief requested.

Dated: January 23, 2025

/s/ Edward L. Manchur
Edward L. Manchur (BBO #316910)
**LAW OFFICES OF EDWARD L. MANCHUR, P.C.**
P. O. Box 3156
Peabody, MA 09160
Tel.: (978) 333-1013
Email: manchurlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: January 23, 2025

/s/ Edward L. Manchur
Edward L. Manchur (BBO #316910)
**LAW OFFICES OF EDWARD L. MANCHUR, P.C.**
P. O. Box 3156
Peabody, MA 09160
Tel.: (978) 333-1013
Email: manchurlaw@gmail.com