UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN MENTER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>VESYNC CORP.,<br><br>                Defendant. | Civil Action No.: 3:24-cv-12786-MGM |

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

Plaintiff Jordan Menter ("Plaintiff") and Defendant Vesync Corporation ("Levoit" or "Defendant") (together, the "Parties") hereby jointly move for an order staying proceedings in the above-captioned case (the "Action") for sixty (60) days, subject to an extension for good cause shown, to allow for the Parties to engage in mediation with the goal of reaching a resolution in this matter. As grounds for this motion, the Parties state as follows:

1. Plaintiff filed her First Amended Class-Action Complaint on November 15, 2024 (Dkt. 6). Defendant filed its Motions to Compel Arbitration (Dkt. 18) and Dismiss (Dkt. 19) on January 13, 2025, Plaintiff filed her opposition motions on February 10, 2025 (Dkts. 33, 34), and Defendant filed its reply briefs on March 12, 2025 (Dkts. 42, 43). The Court denied Defendant's Motion to Compel (Dkt. 47) and granted in part and denied in part Defendant's Motion to Dismiss (Dkt. 48) on September 22, 2025. Defendant filed its Answer to Plaintiff's First Amended Class-Action Complaint on October 6, 2025 (Dkt. 53).

2. There are currently two related cases pending before other courts, *Chen v. Vesync Corp*, No. 3:23-CV-04458-TLT (N.D. Cal.) (filed Aug. 29, 2023) and *Tepper v. Vesync Corp*., No. 7:24-cv-08430-NSR (S.D.N.Y.) (filed Nov. 5, 2024) (collectively, the "Related Actions").

      3.      The Parties have agreed to pursue global mediation of this Action and the Related Actions to occur on December 19, 2025 with Hon. Lisa Hart Cole (Ret.). The mediation may resolve all claims in the above-captioned cases and would moot any pending or forthcoming motions or other actions in this matter.

      4.      A stay of proceedings, including any pending deadlines, for sixty (60) days is appropriate to allow the Court and the Parties to preserve their respective resources should mediation prove successful.

      5.      The Parties further agree to report to the Court on or before the expiration of the stay regarding their progress towards resolution.

      WHEREFORE, the Parties respectfully request that the Court enter an order staying proceedings, including any pending deadlines, in this matter for sixty (60) days, subject to an extension for good cause shown, while the Parties pursue mediation.

Dated:  October 23, 2025                            Respectfully submitted,

*/s/ Jason S. Rathod*

Jason S. Rathod, Esq., Bar No. 100082
Bryan G. Faubus, Esq., Bar No. 4894101
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC 20002
Office: (202) 470-3520
Fax: (202) 800-2730
jrathod@classlawdc.com
bfaubus@classlawdc.com

Edward L. Manchur (BBO #316910)
LAW OFFICES OF EDWARD L.
MANCHUR, P.C.
P.O. Box 3156
Peabody, MA 01960
Tel.: (978) 333-1013
manchurlaw@gmail.com

Archana Tamoshunas
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, NY 10038
Tel: (212) 931-0704
atamoshunas@tcllaw.com
mgreaves@tcllaw.com

*/s/ Doreen M. Rachal*

Doreen M. Rachal (BBO # 667837)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
drachal@sidley.com

Sarah Carlson (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
12230 El Camino Real Suite 300
San Diego, CA 92130
Telephone: (858) 398-0150
Facsimile: (858) 398-0450
sarah.carlson@sidley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 23, 2025, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of this filing to all registered participants and paper copies will be send to those indicated as non-registered participants.

Dated: October 23, 2025                                */s/ Doreen M. Rachal*
                                                                                      Doreen M. Rachal